IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    Lee A. Mendlowitz

                Debtor

    Lee A. Mendlowitz
Movant

                v.

No Respondent

Bankruptcy No. 21-21068

Chapter 13

Related to Document No. 1

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __Robert O Lampl 19809__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: /s/ Robert O Lampl
Signature
Robert O Lampl 19809
Typed Name
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Address
412-392-0330 Fax:412-392-0335
Phone No.
19809 PA
List Bar I.D. and State of Admission

Allegheny County Treasurer
436 Grant Street, Room 108
Pittsburgh, PA 15219

American Natural Operations LLC
c/o Amato & Keating, P.C.
107 North Commerce Way
Bethlehem, PA 18017

Andre W. and Erin E. Splendore
c/o Robert S. Bootay, Esq.
6 Clairton Blvd.
Pittsburgh, PA 15236

Borough of Lincoln
c/o Falco A. Muscante, Esq.
424 South 27th St., #210
Pittsburgh, PA 15203

Bridge Fund Corp.
5308 13th Ave.
Suite 324
Brooklyn, NY 11219

Ciras, Inc.
3000 Smoot Road, Ste. A
Smoot, WV 24977

Copper & Glass Federal Credit Union
531 Monongahela Ave.
Glassport, PA 15045

Elizabeth Mendlowitz
c/o William L. Garvin, Esq.
1945 Lincoln Way
White Oak, PA 15131

Export Fuel Co. Inc.
231 York Lane
Export, PA 15632

Freedom Truck Finance
PO Box 515797
Dallas, TX 75251

Funder
246 5th Avenue
New York, NY 10001

Jiffy Capital LLC
2376 60th St.
Brooklyn, NY 11204

```
Katherine Fletcher
c/o Monte J. Rabner, Esq.
222 Boulevrd of the Allies, #2
Pittsburgh, PA 15222-1616

Lendmark Financial Services LLC
300 Curry Hollow Road
Pittsburgh, PA 15236

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

PA Department of Environmental Protectio
c/o Richard T. Watling
400 Waterfront Dr.
Pittsburgh, PA 15222

PA Department of Revenue
P.O. Box 281230
Harrisburg, PA 17128

Parkview Community Federal Credit Union
2100 Eden Park Blvd.
McKeesport, PA 15132

Peoples
P.O. Box 644760
Pittsburgh, PA 15264-4760

Port Authority of Allegheny County
345 Sixth Avenue
Third Floor
Pittsburgh, PA 15222-2527

Rosemary Bishop and Francis R. Bishop
c/o Robert A. Goldman, Esq.
300 Mt. Lebanon Blvd., Ste. 212
Pittsburgh, PA 15234

South Allegheny School District
c/o Jennifer L. Cerce
424 S. 27th Street #210
Pittsburgh, PA 15203
```