IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Lee A. Mendlowitz** | : | Bankruptcy No. **21-21068** |
| | : | Chapter **13** |
| Debtor | : | Related to Document No.  **17** |
| **Lee A. Mendlowitz** | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Robert O Lampl 19809**   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By:  **/s/ Robert O Lampl**

Signature
**Robert O Lampl 19809**

Typed Name
**Benedum Trees Building**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA 15222**

Address
**412-392-0330 Fax:412-392-0335**

Phone No.
**19809 PA**

List Bar I.D. and State of Admission

Extra Space Storage
2016 Lebanon Rd.
West Mifflin, PA 15122

Fastenal Company
Attn: Legal Department
2001 Theurer Blvd.
Winona, MN 55987

Glassport Borough
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Jefferson Capital System
PO Box 7999
Saint Cloud, MN 56302-9617

Lisa Sheridan
3303 Liberty Way
McKeesport, PA 15133

Nicole Cicchetti
270 Grouse Drive
Elizabeth, PA 15037

Peoples Natural Gas Company, LLC
c/o GRB Law
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

T-Mobile/T-Mobile USA
c/o American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118