Form 005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lee A. Mendlowitz**
**dba Lee Mendlowitz Trucking, dba Bell Bridge Auto Wreckers**
  Debtor(s)

Bankruptcy Case No.: 21–21068–CMB
Chapter: 13
Related to Document No.: 26
Concil. Conf.: October 28, 2021 at 10:30 AM

## ORDER

On July 26, 2021, a hearing was conducted on theChapter 13 Plan Dated June 28, 2021, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 27th of July, 2021**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before September 10, 2021,*** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) ***On or before October 1, 2021,*** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

(3) ***On October 28, 2021 at 10:30 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

(4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: July 27, 2021

cm: Debtor
    Debtor's Counsel

_Carlota M. Böhm_
Carlota M. Böhm, Judge
United States Bankruptcy Court