# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: gamr | Date Created: 7/27/2021 |
| Case: 21–21068–CMB | Form ID: 005 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Robert O Lampl    rol@lampllaw.com

TOTAL: 1