**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Bankruptcy Case No.: 21–21068–CMB

Chapter: 13
Docket No.: 27 – 16
Conciliation Conference Date: 10/28/21 at 10:30 AM

**Lee A. Mendlowitz**
**dba Lee Mendlowitz Trucking, dba Bell Bridge Auto Wreckers**
  Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____                    _____
                        (Date)                                                          (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)